AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cadence Bank, NA,            ) | |
| )                            | C.A. No.: 4:10-cv-02717-RBH |
| Plaintiff(s),      )         | |
| )                            | |
| vs                         ) | |
| )                            | |
| Horry Properties, LLC, a South Carolina Limited  ) | |
| Liability Company; M&M Builders, LLC of OD,  ) | |
| a South Carolina Limited Liability Company;  ) | |
| Arthur F. McLean, Jr.,          ) | |
| )                            | |
| Defendant(s).     )          | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%,  along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: Judgment is entered in favor of Plaintiff Cadence Bank, NA on its first cause of action for fraudulent transfer. Judgment is entered in favor of Defendants Horry Properties, LLC; M&M Builders, LLC of OD; and Arthur F. McLean, Jr. on Plaintiff's second cause of action of piercing the corporate veil. The Court finds in favor of Plaintiff Cadence Bank on its claim to set aside the transfer of property and assignment of leases between Horry Properties and M&M Builders as fraudulent under S.C. Code Ann. § 27-23-10(A). The Court further orders that the corporate forms of Horry Properties and M&M Builders will not be disregarded.

This action was  *(check one):*

❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

✔ tried by the Honorable R. Bryan Harwell, United States District Judge, presiding, without a jury and the above decision was reached.

❐ decided by the Honorable R. Bryan Harwell, United States District Judge.

                                                     Larry W. Propes
                                            CLERK OF COURT

                                      By  s/Heather Ciccolella
April 3 2012                                  Deputy Clerk